**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE: SIMPLY ORANGE ORANGE JUICE MARKETING & SALES PRACTICES LITIGATION**<br><br>This document relates to: ALL ACTIONS | MDL No. 2361<br><br>Master Case No. 4:12-MD-02361-FJG |

**THE COCA-COLA COMPANY'S MOTION FOR RECONSIDERATION OF CLASS CERTIFICATION ORDER**

The Coca-Cola Company ("Coca-Cola") respectfully submits this motion, pursuant to Federal Rule of Civil Procedure 54(b), for reconsideration of the class certification order.

WHEREFORE, Coca-Cola respectfully requests that the Court GRANT its Motion for Reconsideration of Class Certification Order and vacate the portion of the Order certifying Rule 23(c)(4) issues classes.

DATE: August 17, 2017

Respectfully submitted,

*Attorneys for Defendant:*

PATTERSON BELKNAP WEBB & TYLER LLP

*/s/ Steven A. Zalesin*
Steven A. Zalesin
Travis J. Tu
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336-2000
Fax: (212) 336-2222

John K. Sherk, MO Bar No. 35963
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: (816) 559-2304
Fax: (816) 421-5547

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2017, I filed the foregoing document with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of interest.

*/s/ John K. Sherk*
John K. Sherk