**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE SIMPLY ORANGE ORANGE JUICE MARKETING AND SALES PRACTICES LITIGATION**<br><br>This Document Relates To: ALL CASES | MDL No. 2361<br><br>Master Case No. 4:12-md-02361-FJG |

**ORDER**

Pending before the Court are (1) Challenge/Daubert Motion #1 to the Expert Opinions of Steven Gaskin (Doc. No. 264); (2) Challenge/Daubert Motion #1 [sic] to the Expert Opinions of Jean Pierre Dube (Doc. No. 267); (3) Challenge/Daubert Motion #3 to the Expert Opinions of Bradley Malin (Doc. No. 269); (4) Challenge/Daubert Motion #4 to the Expert Opinions of David Kessler and Alyson Mitchell (Doc. No. 271); (5) Motion for Order to Strike or Limit the Testimony and Reports of Dr. David Stewart (Doc. No. 273); (6) Motion for Order to Strike or Limit the Testimony and Reports of Dr. Denise Neumann Martin (Doc. No. 275); and (7) Motion to Strike or Limit the Testimony and Reports of Dr. Ken D. Van Liere (Doc. No. 277).

The Court at first believed it would be necessary to analyze some or all of these reports as part of its analysis of the plaintiffs' motion for class certification. However, this turned out to be unnecessary. Therefore, the Court finds that all these pending

motions to strike expert testimony should be **DENIED**, subject to reconsideration at a later date.[1]

**IT IS SO ORDERED.**

Date: September 29, 2017
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge

[1] If the parties seek to introduce the testimony of these witnesses on summary judgment or at trial (as the case may be), the parties may seek the Court's permission to re-open these motions.